No. 10-10236. George E. McDermott, Petitioner v. Kenneth J. MacFadyen, et al.

565 U.S. 831, 132 S. Ct. 130, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5701,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 10-10244. Constantino Barragan-Diaz, aka Ulices Barragan-Diaz, Petitioner v. United States.

565 U.S. 832, 132 S. Ct. 131, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5685.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 408 Fed. Appx. 862.

No. 10-10246. Keith Michael Brown, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.

565 U.S. 832, 132 S. Ct. 131, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5248.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 409 Fed. Appx. 713.

No. 10-10249. Mark I. Bedford, Petitioner v. Virginia, et al.

565 U.S. 832, 132 S. Ct. 131, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5307.

October 3, 2011. Petition for writ of certiorari to the Supreme Court of Virginia denied.

No. 10-10254. Andre Simms, Petitioner v. Illinois.

565 U.S. 832, 132 S. Ct. 131, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5818.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 402 Ill. App. 3d 1191, 376 Ill. Dec. 788, 1 N.E.3d 121.

No. 10-10256. Nathaniel Sims, Petitioner v. Brian Owens, Commissioner, Georgia Department of Corrections.

565 U.S. 832, 132 S. Ct. 131, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5820.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-10258. Jesus M. Rivera-Arvelo, Petitioner v. Supreme Court of Puerto Rico, et al.

565 U.S. 832, 132 S. Ct. 131, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5769.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-10259. Anthony Jackson, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services.

565 U.S. 832, 132 S. Ct. 132, 181 L. Ed. 2d 52, 2011 U.S. LEXIS 5375.

October 3, 2011. Petition for writ of certiorari to the Supreme Court 3rd Judicial District of New York, Albany County, denied.